## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA    :   No. 130 EM 2018

                v.                          :

RICO LOFTON                              :

PETITION OF: JOSEPH SCHULTZ      :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2019, in consideration of the Application for Leave to Withdraw, this matter is REMANDED to the Court of Common Pleas of Philadelphia County for that court to determine whether Rico Lofton's present counsel should be permitted to withdraw.

    If present counsel is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Rico Lofton being appointed counsel or granted leave to proceed *pro se*.

    The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.